# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE
450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**ANTHONY CASTELLANO**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



**DUANE LUMPKIN**
*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

April 5, 2012

Maria-Elena James
Chief United States Magistrate Judge
San Francisco, CA

Re:   West Ho
      Docket No: CR 11-00412-1 MEJ
      <u>TRAVEL REQUEST</u>

Your Honor:

On January 19, 2012, the offender was sentenced by Your Honor to three years probation, for a violation of the following: Count One: Operating a Motor Vehicle While Under the Influence of Alcohol, 36 C.F.R. 1004.23(a)(1), a Class B Misdemeanor. The following special conditions of supervision were ordered: location monitoring with technology at discretion of probation officer; restricted to residence; no alcohol; drug treatment; may complete 214 hours of community service in lieu of $1500 fine; special assessment $10; random urinalysis testing; successfully complete "Second Offender DUI Program". Supervision commenced on January 19, 2012.

The offender is requesting permission to travel to China to attend the funeral services of his grandmother. These services take place throughout the week, according to his culture; therefore, the offender plans to leave the country on April 20, 2012 and return on May 6, 2012.

To date, the offender has been in compliance with his conditions of probation, including the successful completion of the Location Monitoring program. The undersigned recommends that travel be approved.

In addition, it is requested that the Court provide the probation officer with the discretion to approve any changes in travel dates if required.

Respectfully submitted,                    Reviewed by:

_____                    _____
Darnell Hammock                            Robert Tenney
U.S. Probation Officer                     Supervisory U.S. Probation Officer

NDC-SUPV-FORM-049  11/30/110

**RE:** Ho, West  
CR 11-00412-1 MEJ

2

Travel is:

☑ Approved  
☐ Denied

_4-6-12_  
Date

Maria-Elena James  
Chief United States Magistrate Judge